```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02024
    GREGORY W GRUENWALD
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0408


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/30/2008 and was not confirmed.

     The case was dismissed without confirmation 06/09/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------

HOUSEHOLD FINANCE CORP   CURRENT MORTG         .00           .00           .00
BANK OF NEW YORK         MORTGAGE ARRE    29475.63           .00           .00
COMMONWEALTH EDISON      UNSECURED          306.96           .00           .00
INTERNAL REVENUE SERVICE PRIORITY           509.40           .00           .00
INTERNAL REVENUE SERVICE UNSECURED           14.95           .00           .00
WASTE SERVICE OF ELGIN   UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC      UNSECURED          176.86           .00           .00
BONAVENTURE MEDICAL FOUN UNSECURED        NOT FILED          .00           .00
BP AMOCO                 UNSECURED        NOT FILED          .00           .00
CHASE                    UNSECURED        NOT FILED          .00           .00
CHECK N GO OF ILLINOIS   UNSECURED        NOT FILED          .00           .00
COMCAST                  UNSECURED        NOT FILED          .00           .00
COMCAST                  UNSECURED        NOT FILED          .00           .00
CHECK INTO CASH INC      UNSECURED         1058.72           .00           .00
DAILY HERALD             UNSECURED        NOT FILED          .00           .00
DIRECT MERCHANTS BANK    UNSECURED        NOT FILED          .00           .00
DIRECT MERCHANTS BANK    UNSECURED        NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI UNSECURED        NOT FILED          .00           .00
ELK GROVE LAB PHYSICIANS UNSECURED        NOT FILED          .00           .00
FIRST USA BANK NA        UNSECURED        NOT FILED          .00           .00
FIS                      UNSECURED          300.00           .00           .00
GEMB/JCPENNY             UNSECURED        NOT FILED          .00           .00
GEMB/MENS WAREHOUSE      UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP    UNSECURED          672.34           .00           .00
LANDSAFE                 UNSECURED        NOT FILED          .00           .00
NCB/COLS                 UNSECURED        NOT FILED          .00           .00
NICOR GAS                UNSECURED        NOT FILED          .00           .00
NORTHWEST COMMUNITY HOSP UNSECURED        NOT FILED          .00           .00
NORTHWEST RADIOLOGY ASSO UNSECURED        NOT FILED          .00           .00
IMAGING RADIOLOGISTS LLC UNSECURED        NOT FILED          .00           .00
RON LIEBMAN              UNSECURED        NOT FILED          .00           .00
SAGE TELECOM             UNSECURED        NOT FILED          .00           .00
HOUSEHOLD FINANCE CORP   MORTGAGE ARRE     1753.00           .00           .00
BANK OF NEW YORK         CURRENT MORTG         .00           .00           .00
COUNTRYWIDE HOME LENDING NOTICE ONLY     NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 02024 GREGORY W GRUENWALD
```

```
COUNTRYWIDE HOME LENDING NOTICE ONLY    NOT FILED                .00           .00
HOUSEHOLD                NOTICE ONLY    NOT FILED                .00           .00
HOUSEHOLD FINANCE        NOTICE ONLY    NOT FILED                .00           .00
AMERICAN GENERAL FINANCE SECURED VEHIC   4600.00                 .00           .00
AMERICAN GENERAL FINANCE UNSECURED      NOT FILED                .00           .00
AMERICAN GENERAL FINANCE NOTICE ONLY    NOT FILED                .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY       NOT FILED                .00           .00
ALEXIAN BROTHERS MEDICAL UNSECURED       5841.00                 .00           .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     2,854.00                              .00
TOM VAUGHN               TRUSTEE                                               .00
DEBTOR REFUND            REFUND                                                .00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------     ---------------
TOTALS                        .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/24/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE